**FILED**

APR 29 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM F. DOBROVOLNY, | ) | |
| | ) | Civil No. 98-2386-OMP |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAL A. TERHUNE, et al., | ) | JUDGMENT |
| | ) | |
| Respondents. | ) | |

Based on the record, judgment is for respondents.

Dated this 22 day of April, 2005.

Owen M. Panner
United States District Judge

1    - JUDGMENT