FILED '05 SEP 02 14:19 USDC·ORP

FILED

SEP 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM F. DOBROVOLNY, | ) | |
| | ) | Civil No. 98-2386-OMP |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAL A. TERHUNE, et al., | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| Respondents. | ) | |

Pursuant to petitioner's filing of a notice of appeal in this case, the court certifies that petitioner has made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). This case is appropriate for appellate review. A certificate of appealability is granted as to the following issues:

(1) Did the prosecution fail to disclose evidence that would have impeached a primary witness against petitioner?

(2) Was petitioner's trial counsel ineffective by failing to investigate the existence of mitigation evidence or the

1 - CERTIFICATE OF APPEALABILITY

background of one of the primary government witnesses?

(3) Did petitioner's sentence violate the Eighth Amendment? and

(4) Is California Penal Code § 4574 unconstitutionally vague and overbroad?

Dated this 7 day of September, 2005.

_____
Owen M. Panner
United States District Judge